FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAN M. RENFROE,<br><br>               Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON; BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP; CITIBANK, N.A., as trustee of NRZ Pass-Through Trust VI; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and BANK OF NEW YORK MELLON, as trustee on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ, Revolving Home Equity Loan Trust Series 2006-C,<br><br>               Defendants. | No.   2:17-CV-0194-SMJ<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE DISPOSITIVE MOTIONS OR CONTINUE HEARINGS** |

      Before the Court, without oral argument, is Plaintiff Jan Renfroe's Motion to Strike Summary Judgment Motion and Motion to Deny Motions for Summary Judgment and Dismissal or Continue the Hearings, ECF No. 34.

ORDER **-** 1

Ms. Renfroe first asks this Court to strike the joint motion for summary judgment filed by Citibank, N.A. (Citibank) and Mortgage Electronic Registration Systems, Inc. (MERS). She argues the defendants' failure to include a separate statement of facts pursuant to LR 56.1(a) prejudices her ability to dispute the alleged facts. While the motion does violate LR 56.1, Ms. Renfroe's motion indicates she has a nuanced understanding of the factual issues relevant to summary judgment. The Court therefore declines to strike Citibank and MERS' motion on these grounds. Defendants Citibank and MERS are instructed to submit a statement of facts in compliance with LR 56.1 no later than September 19, 2017.

Ms. Renfroe next asks the Court to strike Defendants' motions for summary judgment and dismissal on the basis of defendants' alleged failure to comply with the Court's scheduling order. Defendants Citibank and MERS submitted documentation showing their compliance with the initial disclosure deadline. Defendants Bank of America NA (Bank of America) and Bank of New York Mellon (New York Mellon) have not indicated whether they are in compliance with the Court's scheduling order. Nonetheless, dismissal of Bank of America and New York Mellon's motion to dismiss is a serious sanction that the Court will not impose lightly. Instead, the Court directs defendants Bank of America and New York Mellon to file a status report detailing their compliance with the discovery deadlines no later than September 22, 2017.

Finally, Ms. Renfroe asks the Court to continue the September 25, 2017 hearing date for the dispositive motions. She alleges that further discovery will enable her to better defend both claims. This argument is inapposite with regard to the motion to dismiss because the motion is based solely on the pleadings and judicially noticed facts.

With respect to the motion for summary judgment, Ms. Renfroe has established a sufficient basis for a continuance under Rule 56(d)(2). Accordingly, hearing on Defendants' Motion for Summary Judgement, ECF No. 4, is continued to Tuesday, November 21, 2017, at 10:00 a.m. in Spokane. Ms. Renfroe may file an amended response to this motion no later than October 16, 2017. Defendants may file a reply no later than October 30, 2017.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Judgment and Dismissal or Continue the Hearings, **ECF No. 34**, is **GRANTED IN PART AND DENIED IN PART**.
    *A.* Plaintiff's motion to strike Citibank and MERS' motion for summary judgment, ECF No. 4, is **DENIED**.
    *B.* Plaintiff's motion to strike Bank of America and New York Mellon's motion to dismiss, ECF No. 7, is **DENIED**.
    *C.* Plaintiff's motion to continue hearing on Bank of America and New York Mellon's motion to dismiss, ECF No. 7, is **DENIED**.

    **D.**    Plaintiff's motion to continue hearing on Citibank and MERS' motion for summary judgment, ECF No. 4, is **GRANTED**.

    **E.**    Hearing on Defendants' Motion for Summary Judgement, ECF No. 4, is continued to **Tuesday, November 21, 2017.** Ms. Renfroe may file an amended response to this motion no later than October 16, 2017. Defendants may file a reply no later than October 30, 2017.

**2.**    Defendants Citibank and MERS must **file a statement of facts** in compliance with LR 56(1) **no later than September 22, 2017**.

**3.**    Defendants Bank of America and New York Mellon are instructed to **file a status report** detailing compliance with the discovery deadlines outlined in the Scheduling Order, ECF No. 31, **no later than September 22, 2017**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 4