FILED

JUL 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAN M. RENFROE,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>CITIBANK, NA, as trustee of NRZ Pass-Through Trust VI; et al.,<br><br>    Defendants-Appellees. | No. 18-35074<br><br>D.C. No. 2:17-cv-00194-SMJ<br>Eastern District of Washington, Spokane<br><br>ORDER |

Before:  W. FLETCHER, CALLAHAN, and CHRISTEN, Circuit Judges.

  The memorandum disposition filed on April 11, 2019 is withdrawn and a new memorandum disposition is filed concurrently with this order.  With this new memorandum disposition, the panel unanimously votes to deny Appellant's petition for rehearing as moot.  The parties will bear their own costs.

  The petition for rehearing is DENIED AS MOOT.