1

2

3

4

5

Robert K. Hunter, Jr., WSBA #28909
THE HUNTER LAW FIRM, PLLC
645 Valley Mall Parkway, Suite 200
East Wenatchee, WA 98802
Telephone: (509) 663-2966
Attorney for Plaintiff

HONORABLE SALVADOR MENDOZA, JR.

6

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8

9

10

11

12

13

14

15

16

JAN M. RENFROE,

               Plaintiff,

v.

QUALITY LOAN SERVICE CORP. OF
WASHINGTON, et al,

               Defendants.

THE BANK OF NEW YORK MELLON as trustee on
behalf of the CERTIFICATEHOLDERS OF THE
CWHEQ, INC., CWHEQ Revolving Home Equity
Loan Trust, Series 2006-C,

               Nominal Defendants.

No. **2:17-cv-00194**

**PLAINTIFF'S MOTION FOR LEAVE OF
COURT TO AMEND HER COMPLAINT**

12/30/19
Without oral argument

17

18

19

20

21

22

23

       COMES NOW Plaintiff Jan M. Renfroe pursuant to Fed.R.Civ.P. 15(a)(2) and moves the Court to enter an order granting leave to amend Renfroe's complaint to add facts to support her claims for Consumer Protection Act violations and quiet title.  This motion complies with the Court's Scheduling Order. [ECF 106]  The proposed complaint is marked Exhibit "A" to the accompanying Declaration of Robert K. Hunter, Jr.  A redlined version is marked as Exhibit "B."

24

25

26

27

28

DATED January 29, 2018.       By:    s/ Robert K. Hunter, Jr.         
                                  Robert K. Hunter, Jr., WSBA #28909
                                  Attorney for the Plaintiff
                                  THE HUNTER LAW FIRM, PLLC
                                  645 Valley Mall Parkway, Suite 200
                                  East Wenatchee, WA 98802
                                  Telephone: (509) 663-2966
                                  Email: robert@hunter4law.com

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO
AMEND HER COMPLAINT
    Page 1

THE HUNTER LAW FIRM, PLLC
645 Valley Mall Parkway, Suite 200
East Wenatchee, WA  98802
(509) 663-2966

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I.      FACTS

This case originated in Washington State Superior Court.  [ECF No. 1-1]  Plaintiff

opposed its removal and argued that the presence of Defendant Quality Loan Service

Corporation of Washington (QLS) defeated diversity jurisdiction; that QLS was not named

nominally and allegations were asserted against it as a true defendant.  [ECF No. 11]  This

Court ruled that QLS was a nominal defendant by virtue of its status as trustee and a Non-

Participation Stipulation signed by plaintiff and QLS.  The Court of Appeals affirmed that

ruling.  [ECF No. 100]

New facts came to light after filing the appeal that show Defendant Citibank, N.A. and

QLS did not act in good faith.  They filed the stipulation twice so as to fall within the 30 day

deadline to seek removal.  [ECF No. 1]  These facts are asserted in the amended complaint

that plaintiff seeks to file.  [Hunter Decl. **Exh. "A**,**"** Para. 35]

Additional facts are added to the complaint to address the Court of Appeals ruling.

[Hunter Decl. Exh. A, Para. 34]  That court remanded "for further consideration in light of

*Merceri v. Bank of New York Mellon*, 434 P.3d 84 (Wash. Ct. App. 2018), *Cedar West Owners*

*Ass'n v. Nationstar Mortgage, LLC*, 434 P.3d 554, 562 (Wash Ct. App. 2019), and any other

relevant developments in Washington case law."  In this regards, plaintiff replaces facts

pertaining to the promissory note with facts pertaining to the need of for a default notice that

timely precedes the sale notice and reflects only the unexpired debt amount.

Other minor revisions were done to correct typographical and grammatical errors,

which are evident in the redlined version at the Hunter Declaration **Exhibit "B."**

II.      LAW AND ANALYSIS

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO
AMEND HER COMPLAINT
        Page 2

THE HUNTER LAW FIRM, PLLC
645 Valley Mall Parkway, Suite 200
East Wenatchee, WA  98802
(509) 663-2966

1

2        This court may allow leave for amendment under Civil Rule 15.  The rule states that ". . . a

3    party may amend its pleading only with the opposing party's written consent or the court's

4    leave.  The court should freely give leave when justice so requires."  Fed.R.Civ.P. 15(a)(2).

5    Courts have consistently interpreted the justice requirement to mean that the rule must be

6    liberally applied.

7
                                    III.    CONCLUSION
8
        Plaintiff respectfully requests this Court to grant leave to allow plaintiff to file an
9
10   Amended Complaint which is proposed and attached to the concurrently filed Declaration of

11   Robert K. Hunter, Jr. as **Exhibit "A."**

12
     DATED this 29th day of November, 2019.    s/ Robert K. Hunter, Jr._____
13                                             ROBERT K. HUNTER, JR. WSBA #28909
                                               Attorney for Plaintiff
14                                             THE HUNTER LAW FIRM, PLLC
                                               645 Valley Mall Parkway, Suite 200
15                                             East Wenatchee, WA 98802
16                                             Telephone: (509) 663-2966
                                               Email:  robert@hunter4law.com
17

18                          **Certificate of Service**

19       I hereby certify that on November 29, 2019, I electronically filed the foregoing with the

20   Clerk of the Court using the CM/ECF System which will send notification of such filing to the

21   following:  Daniel J. Gibbons, Joseph Ward McIntosh and Robert William McDonald.
22
     DATED this 29th day of November, 2019.
23
                                                s/ Robert K. Hunter, Jr._____
24                                             ROBERT K. HUNTER, JR. WSBA #28909
                                               Attorney for Plaintiff
25                                             THE HUNTER LAW FIRM, PLLC
26                                             645 Valley Mall Parkway, Suite 200
                                               East Wenatchee, WA 98802
27                                             Telephone: (509) 663-2966
                                               Email:  robert@hunter4law.com
28

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO          THE HUNTER LAW FIRM, PLLC
AMEND HER COMPLAINT                               645 Valley Mall Parkway, Suite 200
        Page 3                                    East Wenatchee, WA  98802
                                                       (509) 663-2966