FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAN M. RENFROE,<br><br>               Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A. as trustee of NRZ PASS-THROUGH TRUST VI; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORP. OF WASHINGTON,<br><br>               Defendants. | No.   2:17-cv-00194-SMJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Before the Court, without oral argument, is Defendants Citibank, N.A. and Mortgage Electronic Registration Systems, Inc.'s Motion for Leave to Withdraw and Substitution of Counsel, ECF No. 108. Pursuant to Local Civil Rule 83.2, attorney Joseph Ward McIntosh of McCarthy & Holthus LLP seeks an order permitting him to withdraw as counsel of record for Defendants Citibank, N.A. and Mortgage Electronic Registration Systems, Inc., and permitting Daniel J. Gibbons of Witherspoon Kelley to substitute as new counsel of record in this matter. Because this substitution results in the termination of one law office and the appearance of a

new law office, leave of the Court is required. LCivR 83.2(d)(3). Counsel for Plaintiff does not object. ECF No. 108 at 2. Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants Citibank, N.A. and Mortgage Electronic Registration Systems, Inc.'s Motion for Leave to Withdraw and Substitution of Counsel, **ECF No. 108**, is **GRANTED**.

2. The Clerk's Office is directed to **TERMINATE** Joseph Ward McIntosh of McCarthy & Holthus LLP as counsel for Defendants Citibank, N.A. and Mortgage Electronic Registration Systems, Inc. and to **SUBSTITUTE** Daniel J. Gibbons of Witherspoon Kelley as new counsel for Defendants Citibank, N.A. and Mortgage Electronic Registration Systems, Inc., effective November 25, 2019, the date the motion was filed.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of December 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge