FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAN M. RENFROE,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITIBANK, N.A. as trustee of NRZ PASS-THROUGH TRUST VI, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and QUALITY LOAN SERVICE CORP. OF WASHINGTON,<br><br>                    Defendants. | No.   2:19-cv-00237-SMJ<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

On August 19, 2020, the parties filed a Stipulated Motion to Dismiss Claims Against Defendant Mortgage Electronic Registration Systems, Inc., ECF No. 125. Consistent with the parties' motion and Federal Rule of Civil Procedure 41(a)(2), the Court finds dismissal of Mortgage Electronic Registration Systems, Inc. is proper.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

**1.**    The parties' Stipulated Motion to Dismiss Defendant Mortgage Electronic Registration Systems, Inc., **ECF No. 125**, is **GRANTED**.

ORDER DISMISSING CLAIMS AGAINST DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. – 1

1

2.    All claims against Defendant Mortgage Electronic Registration

2         Systems, Inc. are **DISMISSED WITH PREJUDICE**, with all parties

3         to bear their own costs and attorneys' fees.

4      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

5   provide copies to all counsel.

6      **DATED** this 2nd day of September 2020.

7

_____

8         SALVADOR MENDOZA, JR.
          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CLAIMS AGAINST DEFENDANT MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC. – 2