THE HUNTER LAW FIRM, PLLC                    HONORABLE SALVADOR MENDOZA, JR.

645 Valley Mall Parkway, Suite 200

East Wenatchee, WA 98802

Telephone: (509) 663-2966

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON STATE

| JAN M. RENFROE, | No. 2:17-cv-00194 |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF JAN M. RENFROE IN OPPOSITION TO CITIBANK'S MOTION FOR SUMMARY JUDGMENT |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP; CITIBANK, N.A. as trustee of NRZ PASS-THROUGH TRUST VI; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |
| AND          Nominal Defendants. | |

I, Jan M. Renfroe, do hereby declare:

1.      I am the plaintiff named in the above-captioned action.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify hereto.

2.      This declaration is made in support of my Response to Motion for Summary Judgment [ECF No. 122]

3.      Upon review of payment ledgers produced by Citibank in the Blunt Declaration, I was unable to decipher much of the payment history supplied by Bank of America. The ledger is without a legend and so it is very difficult to understand.   None of the headings on the tabular ledger make any sense.  Most of the heading columns are blank without any data entered.  It

THE HUNTER LAW FIRM, PLLC
645 Valley Mall Pkwy, Suite 200
East Wenatchee, WA 98802
(509) 663-2966

seems to contain pages and pages of adjustments that were never shown to me until now. I wish could have seen these before the appeal so I could have better explained how the bank was in error. In short, I see that the bank did not apply payments that I made.

4.        I have prepared my own ledger with the aid of my sister, who is also a bookkeeper. It is attached hereto as **Exhibit A.**    This ledger represents the payment history of my loan compared to how Bank of America had entered the data.

5.        I made my last installment payment towards the Note on April 5, 2011 for a payment that came due on December 1, 2010.

6.        On June 30, 2010 I had brought the Promissory Note account current and paid additional money to repay the Lender towards taxes and insurance that the lender had paid. From that point forward I remained current up to May 1, 2011 when I entered into the TPP payment arrangement. As part of that arrangement, I made four timely payments in the amount of $1,148. I then sent in my HAMP modification papers as the instructed me to do. At that time, I also paid another $1,095, the first loan modification payment. These payments are not listed on the default notice

7.        Even though it was difficult to keep my payments up –the bank had locked me out of its online payment access – I managed to do so. When the bank took my last payment and still did not give me the modification, I was dismayed to say the least. The bank personnel would not give me any information to help me pay the loan.

8.        I did not intend for my TPP payments to serve as payments under the existing loan, but the bank and my attorneys told me to make the payments to show my good faith and ability to pay as part of a settlement.

DECLARATION OF JAN M. RENFROE IN
OPPOSITION TO CITIBANK'S SUMMARY
JUDGMENT MOTION                Page 2

THE HUNTER LAW FIRM, PLLC
645 Valley Mall Pkwy, Suite 200
East Wenatchee, WA 98802
(509) 663-2966

9.      My home is over 100 years old and last year a wind storm blew off many of its shingles.  I could not get through to the servicer, Nationstar, who was supposed to be paying for the hazard insurance as part of an escrow account.  My attorneys email show that Nationstar insisted upon my endorsing the insurance check to allow for roof repairs.  I was reluctant to do so, but gave in and, as I suspected, Nationstar endorsed the check and kept it without paying the contractor to get the job started.  The roof is still in serious disrepair.

10.     The last notice of sale that I know about was sent to me around January 31, 2016.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 9th day of September, 2020, at Oroville, Washington.

s/ Jan M. Renfroe
Jan M. Renfroe

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  Daniel J. Gibbons, Joseph Ward McIntosh, Taylor Haywood, Justin Balser and Robert William McDonald.

DATED this 9th day of September, 2020.

s/ Robert K. Hunter, Jr.
ROBERT K. HUNTER, JR. WSBA #28909
Attorney for Plaintiff
THE HUNTER LAW FIRM, PLLC
645 Valley Mall Parkway, Suite 200
East Wenatchee, WA 98802
Telephone: (509) 663-2966
Email: robert@hunter4law.com

DECLARATION OF JAN M. RENFROE IN
OPPOSITION TO CITIBANK'S SUMMARY
JUDGMENT MOTION                 Page 3

THE HUNTER LAW FIRM, PLLC
645 Valley Mall Pkwy, Suite 200
East Wenatchee, WA 98802
(509) 663-2966