Justin D. Balser, WSBA No. 56577
Taylor T. Haywood, *Admitted Pro Hac Vice*
Akerman LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Phone: (303) 640-2531
Fax: (303) 260-7714
taylor.haywood@akerman.com

*Attorneys for defendant Citibank, N.A., as Trustee of NRZ Pass-Through Trust VI*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| JAN M. RENFROE,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON *et al*,<br><br>Defendants. | Case No.: 2:17-cv-00194-SMJ<br><br>**CITIBANK, N.A., AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI'S MOTION TO STRIKE SUPPLEMENTAL RESPONSE AND SUPPORTING DECLARATIONS**<br><br>11/2/2020<br>Without Oral Argument |

Defendant Citibank, N.A., as trustee of NRZ Pass-Through Trust VI, pursuant to Rule 16(f), moves to strike plaintiff Jan Renfroe's supplemental response to Citibank's motion for summary judgment, ECF No. 140, and her

CITIBANK, N.A. AS TRUSTEE OF NRZ - 1
PASS-THROUGH TRUST VI'S MOTION TO STRIKE
SUPPLEMENTAL RESPONSE AND SUPPORTING
DECLARATIONS
NO. 2:17-CV-00194-SMJ

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

54824889;1

1  two supplemental supporting declarations, ECF Nos. 141 and 142.

## I. INTRODUCTION

Ms. Renfroe improperly filed a supplemental response to Citibank's motion for summary judgment and two supporting declarations. (ECF Nos. 140-42.) The court should strike all three filings.

## II. RELEVANT BACKGROUND

The court entered a scheduling order on November 13, 2019. (ECF No. 106.) It states: "No supplemental responses or supplemental replies to any dispositive . . . motions may be filed unless the Court grants a motion to file such documents." (*Id.* at 5.)

## III. LEGAL STANDARD

"On motion or on its own, the court may issue any just orders . . . if a party or its attorney . . . fails to obey a scheduling or other pretrial order." FED. R. CIV. P. 16(f). The rule "leaves the court with great discretion in fashioning a remedy[.]" *Mallinckrodt, Inc. v. Masimo, Corp.*, 254 F. Supp. 2d 1140, 1156 (C.D. Cal. 2003).

## IV. ARGUMENT

The court should strike Ms. Renfroe's supplemental response to Citibank's motion for summary judgment, ECF No. 140, and her two

CITIBANK, N.A. AS TRUSTEE OF NRZ - 2
PASS-THROUGH TRUST VI'S MOTION TO STRIKE
SUPPLEMENTAL RESPONSE AND SUPPORTING
DECLARATIONS
NO. 2:17-CV-00194-SMJ

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

54824889;1

supplemental supporting declarations, ECF Nos. 141 and 142. The scheduling order is very clear: no supplemental responses may be filed *unless the Court grants a motion to file such documents*. (ECF No. 106 at 5 (emphasis added.)) Ms. Renfroe did not move for leave to file a supplemental response. (*See generally,* docket.) And her failure to follow the court's procedures prejudices Citibank, since the court is scheduled to hear oral argument on Citibank's motion on October 13, 2020. (ECF No. 134.)

## V.    CONCLUSION

Due to her failure to obtain court approval to file her supplemental response or two supporting declarations, ECF Nos. 140-142, the court should strike Ms. Renfroe's filings.

///

///

///

///

///

///

///

///

CITIBANK, N.A. AS TRUSTEE OF NRZ - 3
PASS-THROUGH TRUST VI'S MOTION TO STRIKE
SUPPLEMENTAL RESPONSE AND SUPPORTING
DECLARATIONS
NO. 2:17-CV-00194-SMJ

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

54824889;1

1     DATED: October 2, 2020.

2                                       A<small>KERMAN</small> LLP

3                                       By: */s/ Justin D. Balser*
                                          */s/ Taylor T. Haywood*

4                                       Justin D. Balser, WSBA No. 56577
                                      Taylor T. Haywood (Admitted *Pro Hac Vice*)

5                                       1900 Sixteenth Street, Suite 1700
                                      Denver, Colorado 80202

6                                       Telephone: (303) 260-7712
                                      Fax: (303) 260-7714

7                                       Email: justin.balser@akerman.com
                                      Email: taylor.haywood@akerman.com

8

9                                       *Attorneys for defendant Citibank, N.A., as Trustee of NRZ Pass-Through Trust VI*

10

11

12

13

14

15

16

17

18

19

20

CITIBANK, N.A. AS TRUSTEE OF NRZ - 4
PASS-THROUGH TRUST VI'S MOTION TO STRIKE
SUPPLEMENTAL RESPONSE AND SUPPORTING
DECLARATIONS
NO. 2:17-CV-00194-SMJ

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

54824889;1

# CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of October, 2020:

1.     I caused to be electronically filed the foregoing **CITIBANK, N.A. AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI'S MOTION TO STRIKE SUPPLEMENTAL RESPONSE AND SUPPORTING DECLARATIONS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Robert William McDonald**
rmcdonald@qualityloan.com

**Robert K. Hunter, Jr.**
robert@hunter4law.com

2.     I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed below: **None.**

3.     I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4.     I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

*/s/ Taylor T. Haywood*
Justin D. Balser, WSBA No. 56577
Taylor T. Haywood (Admitted *Pro Hac Vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Fax: (303) 260-7714
Email:  justin.balser@akerman.com
Email:  taylor.haywood@akerman.com

---

CITIBANK, N.A. AS TRUSTEE OF NRZ - 5
PASS-THROUGH TRUST VI'S MOTION TO STRIKE
SUPPLEMENTAL RESPONSE AND SUPPORTING
DECLARATIONS
NO. 2:17-CV-00194-SMJ

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

54824889;1