AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

JAN M. RENFROE,

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 26, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| CITIBANK NA, as trustee of NRZ Pass-Through Trust VI, and QUALITY LOAN SERVICE CORP OF WASHINGTON, | ) |
| *Defendant* | |

Civil Action No.    2:17-CV-194-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Defendants' Motion for Summary Judgment, ECF No. 122, is GRANTED.  All claims are DISMISSED WITH PREJUDICE, with all parties to  bear their own costs and attorney fees.  Judgment is entered in favor of the Defendants'.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Salvador Mendoza, Jr. _____ on a motion for summary judgment.

Date: ___ October 26, 2020 ___

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer